UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL PUGLISI　　　　　　　　　　JURY TRIAL DEMANDED

v.　　　　　　　　　　　　　　　　　CASE NO. 3:14 cv

DCN HOLDINGS, INC.
　　　d/b/a ACCOUNTS RECEIVABLE
KARLA BROWN a/k/a KARLA FICKA
JASON GOLDSTEIN a/k/a WILLIAM T. FICKA III
.

# COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendants' collection efforts arose out of a personal account with a day care center located in Bethany CT.

5. Defendants collect consumer debts through the use of the telephone, mail, or email on behalf of dozens of day care centers.

6. Defendants advertise that Accounts Receivable is a nationwide collection agency "compliant with all state licensing requirements" and that the management team has "more than 60 years of experience within the debt recovery industry." www.AccountsReceivable.com

7. Defendant DCN, located at 5517 Hansel Ave, Orlando FL 32809, was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in April 2014, when communicating in connection with efforts to collect

plaintiff's disputed personal account.

8. Unlicensed collection activity violates the FDCPA. Goins v. JBC & Associates, P.C., 352 F. Supp. 2d 262 (D. Conn. 2005).

9. Defendants did not comply with §1692g.

10. In the course of their collection efforts, the defendants violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net