UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RACHEL PUGLISI                   JURY TRIAL DEMANDED

v.                                    CASE NO. 3:14 cv 805 (VLB)

DCN HOLDINGS, INC.
       d/b/a ACCOUNTS RECEIVABLE
KARLA BROWN a/k/a KARLA FICKA
JASON GOLDSTEIN

## AMENDED COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times.

4. Plaintiff is a consumer within the FDCPA, in that the account involved in defendants' collection efforts arose out of a personal account with a day care center located in Bethany CT.

5. Defendant Karla Brown during all times pertinent hereto (a) created the collection policies and procedures used by DCN and its employees and/or agents in connection with their efforts to collect debts, (b) managed the daily collection operations of DCN, (c) oversaw the application of the collection policies and procedures used by DCN and its employees and/or agents, (d) drafted, approved or ratified the form collection letters sent by DCN to consumers, (e) ratified the unlawful debt collection policies and procedures

used by DCN and its employees and/or agents, and (f) had knowledge of, approved, participated in, and ratified the unlawful practices used by DCN and its employees and/or agents to collect an alleged debt from Ms. Puglisi.

6. During all times pertinent hereto, Ms. Brown (Mrs. Ficka) directly or indirectly participated in the unlawful debt collection practices to collect an alleged debt from Ms. Puglisi.

7. Defendants collect consumer debts through the use of the telephone, mail, or email on behalf of dozens of day care centers.

8. Defendants advertise that Accounts Receivable is a nationwide collection agency "compliant with all state licensing requirements" and that the management team has "more than 60 years of experience within the debt recovery industry." www.AccountsReceivable.com

9. Defendant DCN, located at 5517 Hansel Ave, Orlando FL 32809, was not licensed as a consumer collection agency in compliance with chapter 669 Part XII of the Connecticut General Statutes in April 2014, when communicating in connection with efforts to collect plaintiff's disputed personal account.

10. Unlicensed collection activity violates the FDCPA. <u>Goins v. JBC & Associates, P.C.</u>, 352 F. Supp. 2d 262 (D. Conn. 2005).

11. Defendants did not comply with §1692g.

12. In the course of their collection efforts, the defendants violated the FDCPA, § 1692e, -f(1), or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

Certificate of Service

I hereby certify that on June 6, 2014, a copy of foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772 0395
j.faulkner@snet.net