# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**RACHEL PUGLISI,**

            V.            **SUMMONS IN A CIVIL CASE**

**DCN HOLDINGS, INC., ET AL.,**

    CASE NUMBER: **3:14–CV–00805–VLB**

   TO: **DCN Holdings, Inc.**
Defendant's Address:

   A lawsuit has been filed against you.

   Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joanne S. Faulkner
Law Offices of Joanne Faulkner
123 Avon Street
New Haven, CT 06511–2422**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – B. Grady*

      *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2014–07–10 15:22:27.0**, Clerk
USDC CTD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER 3:14-CV-00805-VLB

## RETURN OF SERVICE

| Service of the Summons and Complaint by me | Date July 15, 2014 |
|---|---|
| Name of Server Nancy F. Marino | Title Connecticut State Marshal |

Then and by virtue hereof, on the 15th day of July, 2014, **pursuant to provisions of C.G.S. 33-929b** and by the direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, **DCN HOLDINGS, INC.**, by depositing in the Post Office at Hartford, Connecticut, postage paid and certified, return receipt requested, a true and attested verified copy of the within original **Federal Summons and Complaint**, with my doings thereon endorsed, addressed to the within named defendant, **DCN Holdings, Inc., c/o The Secretary**, 5517 Hansel Avenue, Orlando, FL 32809.

## SUPPLEMENTAL RETURN TO FOLLOW

| Travel $ 5.65 | Services $ 41.69 | Total $ 47.34 |
|---|---|---|

Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on July 15, 2014

*Nancy F. Marino*
28 Grand Street, Hartford, CT 06106