UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL PUGLISI | : |
| | : |
| V. | : CIVIL NO. 3:14CV805(VLB) |
| | : |
| DCN HOLDINGS, INC. d/b/a ACCOUNTS RECEIVABLE, KARLA BROWN a/k/a KARLA FICKA, JASON GOLDSTEIN a/k/a WILLIAM T. FICKA III | : : : : |

## DEFAULT JUDGMENT

The defendants having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on August 22, 2014; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered against defendants in the total amount of $4,056.84, which includes statutory damages of $1,000, attorney's fees of $2,400, and costs of $656.84.

Dated at Hartford, Connecticut, this 10th day of March, 2015.

ROBIN TABORA, Clerk

By     /s/LL
       Loraine LaLone
       Deputy Clerk

EOD: 3/10/2015